**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JENNIFER LE FEUVRE,

    Plaintiff,                                          Case No.: 1:26-cv-00651

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | xiangyangshiyouyuxiushangmaoyouxiangongsi |
| 2 | TangShanRenYingShangMao |
| 3 | shanghaiyitongzhanlanzhanshi |
| 4 | 瀚立门帽挂件 |
| 5 | ChenMei46 |
| 6 | qingdaoxinchuangchengzhuangshigongcheng |
| 7 | shanxihongchenjianzhuzhuangshiyouxiangongsi |
| 8 | Seorsok |
| 9 | yyyibo |
| 10 | 1step2dream |
| 11 | Royee |
| 12 | LRDHOQPW |
| 13 | HOMERLY |
| 14 | Aoursly US |
| 15 | JJIWE |
| 16 | ChenKaiMaoYi |
| 17 | wngob |
| 18 | CHJ-SHOP-X |
| 19 | Yang Xue Heng |
| 20 | shanxihuadaxinyiyaokejiyouxiangongsi |
| 21 | VETALI EXPORT |
| 22 | fuyangchezhihuaqichefuwu |
| 23 | ASszhengtong |
| 24 | buguwenhua |
| 25 | jinrongdian01 |

| 26 | xiangchengshigaosizhenhaomingbanmiandian |
|---|---|
| 27 | yanzhen789 |
| 28 | LVCHUSHANGMAO |
| 29 | Wangjiajia1 |
| 30 | Wangzhilin02 |
| 31 | The beauty of art is inspiration |
| 32 | doulinfjd |
| 33 | NanChangDuiJinFuWeiWangLuoKeJiYouXianGongSi |
| 34 | XSONM |
| 35 | POTTOA-US |
| 36 | Heevina |
| 37 | Fitolos Direct |
| 38 | Shaofeng Tech |
| 39 | Yingluno（跟卖下测评单） |
| 40 | 方横梓贸易 |
| 41 | DGGWpengxinbo |
| 42 | YANGJIJUN05 |
| 43 | guangzhoufangzhangshangmaoyouxiangongsi |
| 44 | XiangLuanChuanXianBaiH |
| 45 | yayaai |
| 46 | Ruikuadashangmao |
| 47 | shanxijurongjianzhulaowuyouxiangongsi |
| 48 | 铂尔曼门业 |
| 49 | qiang WangWang |
| 50 | Miaochenjiao |
| 51 | XinXianDangDai(BeiJing)WenHuaYiShu |
| 52 | QIFEIMAOYI |
| 53 | XILEFACAIDIAN |
| 54 | luohuimukaifushi |
| 55 | baocui |
| 56 | Muchenjiamaoyidian |
| 57 | mingxuanjingmi |
| 58 | xixinp |
| 59 | DY1989b |
| 60 | Yip King Trading Co., Ltd. |
| 61 | mingkanshop |
| 62 | Olive Jewels |
| 63 | YITUO |