**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jennifer Le Feuvre

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:26–cv–00651

                                                            Honorable Jeffrey I
                                                            Cummings

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

        MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion for extension of time to file renewed motion [26] is granted. Any renewed motion shall be filed by 8/12/26. The 8/21/26 tracking status hearing is stricken and reset to 9/25/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.