**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jennifer Le Feuvre v. The Partnerships et. al.

Case Number: 1:26-cv-00651

An appearance is hereby filed by the undersigned as attorney for:

Seorsokin; Defendant

Attorney name (type or print): Steven G. Kalberg

Firm: Direction IP Law

Street address: P.O. Box 14184

City/State/Zip: Chicago, Illinois 60614

Bar ID Number: 6336131
(See item 3 in instructions)

Telephone Number: 847-508-1294

Email Address: skalberg@directionip.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/26/2026

Attorney signature: S/ Steven G. Kalberg
(Use electronic signature if the appearance form is filed electronically.)